UNITED STATES of America,
Plaintiff—Appellee,

v.

Olga Leticia FLORES–BENITEZ,
Defendant—Appellant.

No. 01–50182.
D.C. No. CR–00–00841–CAS(A).

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 19, 2002.

Before RYMER, T.G. NELSON, and
THOMAS, Circuit Judges.

MEMORANDUM**

Olga Leticia Flores–Benitez appeals her conviction by guilty plea and sentence for

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

one count of being an alien found in the United States following deportation, in violation of 8 U.S.C. § 1326(a). Flores–Benitez's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel on the ground that he failed to discover any arguable issues for review.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues. Counsel's motion to withdraw is therefore GRANTED and the judgment is

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.